**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

Jonathan Hickerson,

Plaintiff,

v.

State of Michigan, *et al.*,

Defendant.

______________________________/

Case No. 25-cv-14180

Judith E. Levy
United States District Judge

Mag. Judge Patricia T. Morris

**ORDER ADOPTING REPORT AND RECOMMENDATION [40]**

Before the Court is Magistrate Judge Morris's Report and Recommendation recommending the Court grant in part and deny in part Plaintiff's motion to amend (ECF No. 27) and deny as moot Defendants' motion to dismiss. (ECF No. 12.) The parties were required to file specific written objections, if any, within 14 days of service. Fed. R. Civ. P. 72(b)(2); E.D. Mich. L.R. 72.1(d). No objections were filed. The Court has nevertheless carefully reviewed the Report and Recommendation and concurs in the reasoning and result. Accordingly,

The Report and Recommendation (ECF No. 40) is ADOPTED;

Plaintiff's motion to amend (ECF No. 27) is GRANTED IN PART and DENIED IN PART; and

Defendant's motion to dismiss (ECF No. 12) is DENIED AS MOOT.[1]

IT IS SO ORDERED.

Dated: November 20, 2026
Ann Arbor, Michigan

s/Judith E. Levy
JUDITH E. LEVY
United States District Judge

CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on November 20, 2026.

s/William Barkholz
WILLIAM BARKHOLZ
Case Manager

[1] By failing to object to the Report and Recommendation, the parties have forfeited any further right of appeal. *United States v. Wandahsega*, 924 F.3d 868, 878 (6th Cir. 2019); *see also Berkshire v. Beauvais*, 928 F.3d 520, 530 (6th Cir. 2019).